AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Damich, Edward J. | U.S. Court of Federal Claims | 07/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Pl., N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | K | T | | | | | |
| 2. Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 3. Rental Property, Key West, FL (X) ($480,000) | C | Rent | N | S | | | | | |
| 4. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 5. TIAA/CREF (variable annuity) (H) | D | Int./Div. | O | T | | | | | |
| 6. --George Mason University Defined Contribution Plan | A | Interest | N | T | | | | | |
| 7. ---TIA Traditional | C | Interest | L | T | | | | | |
| 8. ---CREF Stock R2 | E | Dividend | N | T | | | | | |
| 9. ``Widener University Defined Contribution Retirement Plan | D | Interest | M | T | | | | | |
| 10. --Widener Univ Tax Deferred Annuity Plan | D | Interest | M | T | | | | | |
| 11. Morgan Stanley PM Acct (H) | D | Int./Div. | M | T | | | | | |
| 12. --Morgan Stanley Bank/Cash | A | Interest | J | T | | | | | |
| 13. --AIG Focused Div Strat A | A | Dividend | J | T | Sold (part) | 08/24/18 | J | A | |
| 14. --Alger SMID Cap Focus Z | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 15. --AMG TimesSq Intl SM CP I | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 16. -- | | | | | Sold (part) | 08/24/18 | J | A | |
| 17. --Ark Innovation ETF | A | Dividend | J | T | Buy | 08/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- | | | | | Buy (add'l) | 09/14/18 | J | | |
| 19. --Blackstone Alt Multi-Strat Inst | | None | | | Buy | 04/09/18 | J | | |
| 20. -- | | | | | Sold | 08/24/18 | J | A | |
| 21. --Catalyst Millburn HGD Strat I | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 22. --Del Emerging Mkt Inst | | None | | | Buy | 04/09/18 | J | | |
| 23. -- | | | | | Sold (part) | 08/10/18 | J | | |
| 24. -- | | | | | Sold (part) | 08/24/18 | J | | |
| 25. -- | | | | | Sold | 09/10/18 | J | | |
| 26. --Direxion NASDAQ Eql Wt ETF | A | Dividend | | | Sold | 04/09/18 | J | A | |
| 27. --EV Floating Rate I | A | Dividend | J | T | | | | | |
| 28. --Energy Sel Sect SPDR FD | | None | | | Buy | 08/24/18 | J | | |
| 29. -- | | | | | Sold | 09/10/18 | J | | |
| 30. --Financial SEL Sect SPDR FD | A | Dividend | | | Sold (part) | 04/09/18 | J | A | |
| 31. -- | | | | | Sold | 05/29/18 | J | A | |
| 32. --First Trust Valu.LN Div IDX | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 33. --First Trust Amex Biotech | | None | J | T | Buy | 04/24/18 | J | | |
| 34. --First Trust Asia Pac Ex-Japn | A | Dividend | | | Sold (part) | 04/09/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- | | | | | Sold | 08/10/18 | J | A | |
| 36. --First Trust Develp Mkt Ex-US | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 37. -- | | | | | Sold (part) | 08/24/18 | J | A | |
| 38. First Trust DJ Internet Idx | | None | | | Buy | 07/12/18 | J | | |
| 39. -- | | | | | Sold | 08/24/18 | J | | |
| 40. --First Trust NASDAQ 100 Tech | A | Dividend | J | T | Buy | 04/09/18 | J | | |
| 41. -- | | | | | Sold (part) | 08/24/18 | J | A | |
| 42. --FT EM SC Alphadex | A | Dividend | | | Sold | 07/12/18 | J | | |
| 43. --FT-Preferred Secur & Inc ETF | A | Dividend | J | T | Sold (part) | 08/24/18 | J | | |
| 44. --Guggenheim Total Return BD I | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 45. --Hartford Intl Value I | A | Dividend | J | T | Sold (part) | 08/10/18 | J | A | |
| 46. --Health Care Sel Sect SPDR FD | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 47. -- | | | | | Buy | 08/24/18 | J | | |
| 48. --Industrial Sel Sec SPDR FD | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 49. --INVESCO BulletShares 2020 High | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 50. --INVESCO Dynamic Large Cap Val | A | Dividend | | | Sold | 08/24/18 | J | B | |
| 51. --IShares Core 1-5 YR USD Bond | A | Dividend | | | Sold | 08/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --IShares S&P 500 Growth ETF | A | Dividend | | | Sold (part) | 04/09/18 | J | B | |
| 53. -- | | | | | Sold | 08/24/18 | J | B | |
| 54. --Loomis Growth Y | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 55. --Loomis SR FLTNG RT & FX INC Y | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 56. --Lord Abbett Hi Yld Fd | A | Dividend | | | Sold | 04/09/18 | J | A | |
| 57. --MSIF Intl Advantage PTF I | A | Dividend | J | T | Sold (part) | 08/10/18 | J | A | |
| 58. -- | | | | | Sold (part) | 08/24/18 | J | A | |
| 59. --Nationwide Geneva SMCP GW F | A | Dividend | J | T | | | | | |
| 60. --Nuveen High Income December 18 | A | Dividend | | | Sold | 04/09/18 | J | | |
| 61. --Nuveen High Income December 19 | A | Dividend | J | T | | | | | |
| 62. --PACER TrendPilot US Large Cap 750 | A | Dividend | K | T | Buy | 08/24/18 | K | | |
| 63. --PACER TP 100 ETF | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 64. -- | | | | | Buy (add'l) | 09/14/18 | J | | |
| 65. --PGIM Absolute Return Bond Z | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 66. --PGIM Global Total Return Z | A | Dividend | | | Buy | 04/09/18 | J | | |
| 67. -- | | | | | Sold | 08/24/18 | J | | |
| 68. --PGIM QMA Long-Short Equity Z | A | Dividend | J | T | Buy | 08/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --PGIM Total Return Bond Z | A | Dividend | | | Sold | 08/24/18 | J | | |
| 70. --PowerShares Dyn Lrg Cap Value | A | Dividend | | | Sold (part) | 04/09/18 | J | A | |
| 71. --PowerShares S&P Mid 400 DVD Arist | A | Dividend | J | T | Sold (part) | 04/09/18 | J | A | |
| 72. --SPDR S&P 600 Sm Cap Val ETF | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 73. --SPDR S&P BioTech | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 74. --Western Asset Macro Opport | A | Dividend | J | T | Sold (part) | 08/27/18 | J | | |
| 75. Morgan Stanley IRA (H) | D | Int./Div. | N | T | | | | | |
| 76. --AIG Foc Div Strat A | B | Dividend | K | T | Buy | 07/13/18 | J | | |
| 77. -- | | | | | Sold (part) | 06/11/18 | J | A | |
| 78. -- | | | | | Sold (part) | 08/14/18 | J | A | |
| 79. --Alger SMID Cap Focus Z | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 80. --AMG Times Sq Intl SM CP 1 | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 81. -- | | | | | Sold (part) | 07/13/18 | J | A | |
| 82. -- | | | | | Sold (part) | 08/14/18 | J | A | |
| 83. --ARK Innovation | | None | J | T | Buy | 08/14/18 | J | | |
| 84. -- | | | | | Buy (add'l) | 09/14/18 | J | | |
| 85. Blackstone Alt Multi-Strat Inst | | None | | | Buy | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Sold | 08/14/18 | J | A | |
| 87. --Catalyst Millburb Hgd Strat I | A | Dividend | K | T | Buy | 06/11/18 | J | | |
| 88. -- | | | | | Buy (add'l) | 08/14/18 | J | | |
| 89. --Delaware Emerging Markets Inst | | None | | | Buy | 06/11/18 | J | | |
| 90. -- | | | | | Sold (part) | 07/13/18 | J | | |
| 91. -- | | | | | Sold (part) | 08/10/18 | J | | |
| 92. -- | | | | | Sold (part) | 08/14/18 | J | | |
| 93. -- | | | | | Sold | 09/10/18 | J | | |
| 94. --Direxion NASDAQ Eql Wgt ETF | | None | | | Sold | 03/13/18 | J | A | |
| 95. --Domini Impact Intl Eq Inv | | None | | | Buy | 03/13/18 | J | | |
| 96. -- | | | | | Sold | 06/11/18 | J | | |
| 97. --EV Floating Rate I | A | Dividend | | | Sold | 03/13/18 | J | A | |
| 98. --Energy SEL Sect SPDR FD | | None | | | Buy | 05/17/18 | J | | |
| 99. -- | | | | | Buy (add'l) | 06/11/18 | J | | |
| 100. -- | | | | | Sold | 09/10/18 | J | | |
| 101. --Financial SEL Sect SPDR Fd | | None | | | Sold (part) | 03/13/18 | J | B | |
| 102. -- | | | | | Sold | 05/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --First TR Valu.LN Div | | None | K | T | Buy | 08/03/18 | J | | |
| 104. -- | | | | | Buy (add'l) | 08/14/18 | J | | |
| 105. --First Trust AMEX Biotech | | None | J | T | Buy | 08/14/18 | J | | |
| 106. --First Trust Asia Pac Ex-Japan | | None | | | Sold (part) | 03/13/18 | J | A | |
| 107. -- | | | | | Buy | 06/11/18 | J | | |
| 108. -- | | | | | Sold | 08/10/18 | J | | |
| 109. --First Trust Develp Mkt Ex-US | | None | J | T | Buy | 03/13/18 | J | | |
| 110. -- | | | | | Sold (part) | 06/11/18 | J | A | |
| 111. -- | | | | | Sold (part) | 08/03/18 | J | A | |
| 112. -- | | | | | Sold (part) | 08/14/18 | J | | |
| 113. --First Trust DJ Internet Idx | | None | | | Buy | 06/11/18 | J | | |
| 114. -- | | | | | Buy (add'l) | 07/12/18 | J | | |
| 115. -- | | | | | Buy (add'l) | 07/13/18 | J | | |
| 116. -- | | | | | Sold (part) | 08/03/18 | J | | |
| 117. -- | | | | | Sold | 09/06/18 | J | | |
| 118. --First Trust NASDAQ 100 Tech | | None | J | T | Buy | 03/13/18 | J | | |
| 119. -- | | | | | Sold (part) | 06/11/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --FT EM SC Alphadex | | None | | | Sold | 07/12/18 | J | | |
| 121.  --FT Preferred Secur & Inc ETF | | None | J | T | Sold (part) | 06/11/18 | J | | |
| 122.  --Guggenheim Total Return Bd I | A | Dividend | K | T | Buy | 08/14/18 | J | | |
| 123.  --Hartford Intl Value | | None | | | Sold | 03/13/18 | J | C | |
| 124.  --Hartford SCHR US Mid Cap Opp | A | Dividend | J | T | Buy | 06/11/18 | K | | |
| 125.  -- | | | | | Sold (part) | 07/13/18 | J | | |
| 126.  -- | | | | | Sold (part) | 08/10/18 | J | | |
| 127.  --Health Care SEL Sect SPDR FD | | None | J | T | Sold (part) | 03/13/18 | J | A | |
| 128.  -- | | | | | Buy | 06/11/18 | J | | |
| 129.  --Industrial Sel Sec SPDR Fd | | None | J | T | Buy | 09/14/18 | J | | |
| 130.  --INVESCO BulletShares 2020 HY | | None | J | T | Buy | 06/11/18 | J | | |
| 131.  --INVESCO Dynamic Large Cap Val | | None | | | Sold | 06/11/18 | J | B | |
| 132.  -- | | | | | Sold (part) | 07/12/18 | J | B | |
| 133.  --IShares MSCI India ETF | | None | | | Buy | 03/13/18 | J | | |
| 134.  -- | | | | | Sold | 05/17/18 | J | | |
| 135.  --IShares S&P 500 Growth ETF | | None | | | Sold (part) | 03/13/18 | J | C | |
| 136.  -- | | | | | Sold | 07/12/18 | J | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --John Hancock Intl Growth I | A | Dividend | J | T | Sold (part) | 03/13/18 | J | A | |
| 138. -- | | | | | Sold (part) | 07/13/18 | J | A | |
| 139. -- | | | | | Sold (part) | 08/10/18 | J | A | |
| 140. -- | | | | | Sold (part) | 08/14/18 | J | A | |
| 141. --Loomis Growth | B | Dividend | K | T | Buy | 03/13/18 | J | | |
| 142. -- | | | | | Buy (add'l) | 08/14/18 | J | | |
| 143. -- | | | | | Sold (part) | 09/14/18 | J | B | |
| 144. --Loomis SR FLTNG RT & FX Inc Y | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 145. -- | | | | | Buy (add'l) | 06/11/18 | J | | |
| 146. -- | | | | | Sold (part) | 08/14/18 | J | | |
| 147. --Lord Abbett High Yield Fd | A | Dividend | | | Sold | 03/13/18 | J | A | |
| 148. --Morgan Stanley Bank/Cash | A | Interest | J | T | | | | | |
| 149. --Nationwide Geneva SM Cap GW | A | Dividend | J | T | Sold (part) | 06/11/18 | J | B | |
| 150. -- | | | | | Buy | 08/14/18 | J | | |
| 151. --Nuveen High Income Dec 2018 | | None | | | Sold | 03/13/18 | J | | |
| 152. --Nuveen High Income Dec 2019 | | None | J | T | Sold (part) | 03/13/18 | J | | |
| 153. -- | | | | | Sold (part) | 06/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Pacer TrendPilot US Large Cap 750 | | None | L | T | Buy | 07/12/18 | K | | |
| 155. -- | | | | | Buy (add'l) | 07/13/18 | J | | |
| 156. -- | | | | | Buy (add'l) | 08/14/18 | K | | |
| 157. -- | | | | | Buy (add'l) | 09/14/18 | J | | |
| 158. --Pacer TrendPilot 100 ETF | | None | J | T | Buy | 09/06/18 | J | | |
| 159. -- | | | | | Buy (add'l) | 09/14/18 | J | | |
| 160. --PGIM Abolute Return Bond Z | A | Dividend | K | T | Buy | 06/11/18 | K | | |
| 161. --PGIM QMA Long-Short Equity Z | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 162. --PGIM Total Return Bond Z | A | Dividend | | | Buy | 03/13/18 | K | | |
| 163. -- | | | | | Sold (part) | 06/11/18 | K | | |
| 164. -- | | | | | Sold | 08/14/18 | K | | |
| 165. --PowerShares Dyn Lrg Cap Value (X) | | None | | | Sold (part) | 03/13/18 | J | B | |
| 166. --Proshrs S&P Mid 400 DVD Arist | | None | J | T | Sold (part) | 03/13/18 | J | A | |
| 167. -- | | | | | Buy | 06/11/18 | J | | |
| 168. --SPDR S&P 600 Sm Cap Val ETF | | None | J | T | Buy | 03/13/18 | J | | |
| 169. -- | | | | | Buy (add'l) | 06/11/18 | J | | |
| 170. --SPDR S&P BioTech | | None | | | Sold | 08/14/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Western Asset Macro Opport | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 172. -- | | | | | Sold (part) | 07/13/18 | J | A | |
| 173. -- | | | | | Buy | 08/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 07/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

VI. Investments and Trusts

Lines 68-69, 161-62: Prudential QMA Long-Short Eq Z and Prudential Total Return BD Z, listed in the 2017 Report, became PGIM QMA Long-Short Eq Z and PGIM Total Return BD Z by name change in 2018.
Lines 50 & 70, 131 & 165: PowerShares Dynamic Large Cap Val became Invesco Dynamic Large Cap Val through name change.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Edward J. Damich**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544